

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00772-CR

Christopher **HAILEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 396th Judicial District Court, Tarrant County, Texas
Trial Court No. 1306781D
The Honorable George William Gallagher, Judge Presiding

PER CURIAM

Sitting:  Marialyn Barnard, Justice
     Rebeca C. Martinez, Justice
     Patricia O. Alvarez, Justice

Delivered and Filed:  January 8, 2014

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellant filed a motion to dismiss this appeal.  The motion is granted, and this appeal is

dismissed.  *See* TEX. R. APP. P. 42.2(a).


PER CURIAM

DO NOT PUBLISH